# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICHELLE LYNN DALLUGE,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　**Case No.: 2:17-cv-645**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**JUDGE GEORGE C. SMITH**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Magistrate Judge Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on July 18, 2018, recommending that the Court reverse the Commissioner of Social Security's non-disability finding and remand this case to the Commissioner and the ALJ pursuant to Sentence Four of § 405(g). (Doc. 19). The time for filing objections to the *Report and Recommendation* has passed, and no objections have been filed to the *Report and Recommendation*. Therefore, the Court **ADOPTS AND AFFIRMS** the *Report and Recommendation*. The Commissioner of Social Security's nondisability finding is hereby **REVERSED** and this case is **REMANDED** to the Commissioner and ALJ pursuant to Sentence Four of § 405(g).

The Clerk shall remove Document 19 from the Court's pending motions list, enter judgment and remand this case.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ George C. Smith*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**GEORGE C. SMITH, JUDGE**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**